**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR101** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DANIEL RAYMUNDO ALVILLAR, JR.,** | ) | **ORDER** |
| | ) | |
| | ) | |
| **Defendant.** | | |

This matter is before the court on the defendant's Motion to Continue Trial [21]. Counsel requires additional time to review discovery and confer with the defendant.  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [21] is granted, as follows:

1.  The jury trial, now set for June 6, 2023, is continued to **September 5, 2023.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 5, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

 **DATED:  May 25, 2023**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge